DALEY & HEFT, ATTORNEYS AT LAW
NEAL S. MEYERS, ESQ. (SBN 109625)
MATTHEW T. RACINE, ESQ. (SBN 256865)
462 STEVENS AVENUE, SUITE 201
SOLANA BEACH, CA 92075
TEL: (858) 755-5666    FAX: (858) 755-7870

Attorneys for Defendant, MERCED IRRIGATION DISTRICT

LAWRENCE D. MURRAY (SBN 77536)
MURRAY & ASSOCIATES
1781 UNION STREET
SAN FRANCISCO, CA 94123
TEL: (415) 673-0555    FAX: (415) 928-4084

DEAN B. GORDON (SBN 61311)
LAW OFFICE OF DEAN B. GORDON
1220 EAST OLIVE AVENUE
FRESNO, CA 93728
TEL: (559) 221-7777    FAX: (559) 221-6812

Attorneys for Plaintiff LAMONTE TUMBLING

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LAMONTE TUMBLING,<br><br>    Plaintiff,<br><br>  v.<br><br>MERCED IRRIGATION DISTRICT, a public entity<br><br>    Defendant. | Case No. 1:08-CV-01801-LJO-DLB<br><br>**ORDER PERMITTING WITHDRAWAL OF ATTORNEY FOR DEFENDANT MERCED IRRIGATION DISTRICT**<br><br>**JUDGE:** Lawrence J. O'Neill<br>**COURTROOM:** 9<br>**MAGISTRATE:** Dennis L. Beck |

Defendant MERCED IRRIGATION DISTRICT is represented in this litigation by:

///

///

*Tumbling v. Merced Irrigation District*        **USDC, East Dist Cal. 1:08-CV-01801-LJO-DLB**
[PROPOSED] ORDER PERMITTING WITHDRAWAL OF ATTORNEY
FOR DEFENDANT MERCED IRRIGATION DISTRICT        **Page 1**

Neal S. Meyers, Esq.
Daley & Heft, LLP
462 Stevens Avenue, Suite 201
Solana Beach, California 92075

Corbett Browning, Esq.
MASON, ROBBINS, BROWNING & GODWIN
P.O. Box 2067
Merced, California 95344

With the approval of defendant and Mr. Meyers, Mr. Browning seeks leave of the court to withdraw from this litigation as counsel of record.

Dated: _____, 2009                MASON, ROBBINS, BROWNING & GODWIN

By: /s/ Corbett Browning_____
    CORBETT BROWNING
    Attorney for Defendant,
    MERCED IRRIGATION DISTRICT

Dated: _____, 2009                DALEY & HEFT

By: ___/s/ Neal S. Meyers_____
    NEAL S. MEYERS
    MATTHEW T. RACINE
    Attorneys for Defendant,
    MERCED IRRIGATION DISTRICT
    E-mail: nmeyers@daley-heft.com

Dated: _____, 2009                MERCED IRRIGATION DISTRICT

By:_____/s/ Dan Pope _____
    DAN POPE, GENERAL MANAGER
    FOR MERCED IRRIGATION DISTRICT
    (Signature on file at Mason, Robbins,
    Browning & Goodwin)

This court, finding no reason why Mr. Browning's withdrawal should be prevented, approves the withdrawal of Mr. Browning from this litigation.

IT IS SO ORDERED.

Dated: 18 May 2009

/s/ *Dennis L. Beck*
DENNIS L. BECK,
United States Magistrate Judge

*Tumbling v. Merced Irrigation District*     **USDC, East Dist Cal. 1:08-CV-01801-LJO-DLB**
**[PROPOSED] ORDER PERMITTING WITHDRAWAL OF ATTORNEY**
**FOR DEFENDANT MERCED IRRIGATION DISTRICT**     **Page 1**