Lawrence D. Murray (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel: (415) 673-0555
Fax: (415) 928-4084

Dean Gordon (SBN 61311)
LAW OFFICES OF DEAN GORDON
1220 East Olive Avenue
Fresno, CA 93728
Tel: (559) 221-7777
Fax: (559) 221-5812

ATTORNEYS FOR PLAINTIFF
LAMONTE TUMBLING

DALEY & HEFT, ATTORNEYS AT LAW
Neal S. Meyers, Esq.(SBN 109625)
Matthew T. Racine, Esq. (SBN 256865)
462 Stevens Avenue, Suite 201
Solana Beach, CA 92075
Tel: (858) 755-5666
Fax: (858) 755-7870

ATTORNEYS FOR DEFENDANT,
MERCED IRRIGATION DISTRICT

# UNITED STATES DISTRICT COURT

## Eastern District of California

## Fresno Division

LaMonte Tumbling,

Plaintiff,

vs.

Merced Irrigation District, a public entity,

Defendant.

No. 1:08-CV-01801 LJO DLB

**JOINT STIPULATION AND ORDER TO MODIFY THE PRE-TRIAL SCHEDULING ORDER**

LaMonte Tumbling ("Plaintiff") and Merced Irrigation District ("Defendant"), by and through their respective attorneys of record, hereby stipulate and request the Court to modify the Pre-Trial Scheduling Order as follows:

(a) Extend the completion date for the taking of non-expert depositions to December 15, 2009. All other non-expert discovery will end on the currently scheduled deadline of October 30, 2009.

(b) Extend all other scheduling deadlines by 45 days including: deadline for disclosing initial and supplemental experts; deadline for filing and hearing non-dispositive motions; deadline for filing and hearing dispositive motions; date for pre-trial conference; and trial date. (Initial Scheduling Order attached as Exhibit A).

Good cause exists to extend the initial Scheduling Order dates by 45 days in light of the October 13, 2009 order issued from this Court instructing Defendant to produce further documents to Plaintiff by November 2, 2009.   The extension of the identified dates will allow sufficient time for the parties to review the forthcoming documents and engage in a more efficient and informed deposition process.  An order granting the requested extension will also allow both parties to better understand the true nature of the supporting evidence underlying the allegations and defenses at issue in this case, which will be significant in the formulation of opinions of the various experts, as well as the drafting and arguments surrounding the dispositive motions.  For these reasons, the parties respectfully request the Court modify the Pre Trial Scheduling Order so that it conforms to the foregoing new dates:

(i)     Non-expert depositions to be completed on or before December 15, 2009

(ii)    Written disclosure of all expert witnesses to be submitted on or before January 18, 2010

(iii)   All supplemental experts to be disclosed by February 18, 2010

(iv)   Expert discovery will be completed on or before March 15, 2010

(v)    All non-dispositive pre-trial motions shall be filed no later than April 2, 2010

(vi)   All non-dispositive pre-trial motions shall be heard no later than April 26, 2010.

(vii)  All dispositive pre-trial motions shall be filed no later than May 24, 2010

(viii) All oppositions to dispositive pre-trial motions shall be filed no later than June 21, 2010

(ix)   All replies to dispositive pre-trial motions shall be filed no later than July 5, 2009

(x)    All dispositive pre-trial motions shall be heard no later than July 16, 2010

(xi)   The pre-trial conference date is now calendared for September 2, 2010

(xii) The trial date is now calendared for October 26, 2010*

Date: October 16, 2009

MURRAY & ASSOCIATES

/s/ Lawrence D. Murray
Lawrence D. Murray
Attorney for Plaintiff

DALEY & HEFT

/s/ Neal S. Meyers
Neal S. Meyers
Attorney for Defendant

**ORDER ON STIPULATION FOR ORDER**

HAVING READ AND CONSIDERED THE FOREGOING, and good cause appearing:
*Except that the trial date shall be November 8, 2010.

IT IS SO ORDERED.

Dated: **October 23, 2009**

/s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

*Tumbling vs. Merced Irrigation District* **Page 3**
United States District Court, Eastern District of California, Fresno Division, Case No. 1:08-CV-01801 LJO DLB
JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY THE PRE-TRIAL SCHEDULING ORDER