Lawrence D. Murray (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA  94123
Tel:   (415) 673-0555  Fax:  (415) 928-4084

Dean Gordon (SBN 61311)
LAW OFFICES OF DEAN GORDON
1220 East Olive Avenue
Fresno, CA  93728
Tel:   (559) 221-7777 Fax:  (559) 221-5812
ATTORNEYS FOR PLAINTIFF
LAMONTE TUMBLING

DALEY & HEFT, ATTORNEYS AT LAW
Neal S. Meyers, Esq.(SBN 109625)
Matthew T. Racine, Esq. (SBN 256865)
462 Stevens Avenue, Suite 201
Solana Beach, CA  92075
Tel: (858) 755-5666
Fax: (858) 755-7870

ATTORNEYS FOR DEFENDANT,
MERCED IRRIGATION DISTRICT

# UNITED STATES DISTRICT COURT

## Eastern District of California

### Fresno Division

| | |
|---|---|
| LaMonte Tumbling,<br><br>    Plaintiff,<br>  vs.<br><br>Merced Irrigation District, a public entity,<br><br>    Defendant. | No.  1:08-CV-01801 LJO DLB<br><br>**JOINT STIPULATION FOR EXTENSION OF LITIGATION DEADLINES AND SCHEDULING ORDER** |

///

///

---

*Tumbling vs. Merced Irrigation District*                                                                                           **Page 1**
United States District Court, Eastern District of California, Fresno Division, Case No. 1:08-CV-01801 LJO DLB
JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER

LaMonte Tumbling ("Plaintiff") and Merced Irrigation District ("Defendant"), by and through their respective attorneys of record, hereby stipulate to and request the Court enter a scheduling order revising the amended scheduling order entered by this court on October 23, 2009 (See Joint Stipulation and Order attached as Exhibit A).

The revisions to the scheduling order are as follows:

(a) Extend the completion date for the taking of non-expert depositions by 60 days from December 15, 2009 to February 15, 2010.  (The deadline for all other non-expert discovery expired on October 30, 2009.)

(b) Extend all other current scheduling deadlines by 60 days including: deadline for disclosing initial and supplemental experts; deadline for filing and hearing non-dispositive motions; deadline for filing and hearing dispositive motions; date for pre-trial conference; and trial date.

Good cause exists to extend the current litigation deadlines by 60 days in light of:

(a) The difficulty the parties are having scheduling depositions prior to the December 15, 2009 deadline.  This difficulty is exacerbated by the fact that the parties entered the following stipulation in their Joint Scheduling Report:  "Depositions for . . . MID managers, supervisors and decision makers two days per deponent, maximum of 7 hours per day.";

(b) The pending holiday season; and

(c) The parties' dispute over the deposition of defendant's Person Most Knowledge on various matters, which is the subject of a motion to be heard by this court on December 10, 2009.

An order granting the requested extension will also allow both parties to better understand the true nature of the supporting evidence underlying the allegations and defenses at issue in this case, which will be significant in the formulation of opinions of the various experts, as well as the drafting and arguments surrounding the dispositive motions.  For these reasons, the parties respectfully request the Court modify the Pre Trial Scheduling Order so that it conforms to the foregoing new dates:

(i) Non-expert depositions to be completed on or before February 15, 2010.

(ii) Written disclosure of all expert witnesses to be submitted on or before March 19, 2010

(iii) All supplemental experts to be disclosed by  April 19, 2010

(iv) Expert discovery will be completed on or before May 14, 2010

(v) All non-dispositive pre-trial motions shall be filed no later than June 1, 2010

(vi) All non-dispositive pre-trial motions shall be heard no later than June 25, 2010.

(vii)   All dispositive pre-trial motions shall be filed no later than July 23, 2010

(viii)  All oppositions to dispositive pre-trial motions shall be filed no later than August 20, 2010

(ix)    All replies to dispositive pre-trial motions shall be filed no later than September 3, 2010.

(x)     All dispositive pre-trial motions shall be heard no later than September 14, 2010

(xi)    The pre-trial conference date is now calendared for November 1, 2010.

(xii)   The trial date is now calendared for January 11, 2011.

Date:   December 1, 2009

MURRAY & ASSOCIATES                           DALEY & HEFT

/s/ Lawrence D. Murray                        /s/ Neal S. Meyers          .
Lawrence D. Murray                            Neal S. Meyers
Attorney for Plaintiff                        Attorney for Defendant

### ORDER ON STIPULATION FOR ORDER

HAVING READ AND CONSIDERED THE FOREGOING, and good cause appearing:

The foregoing is the order of the court.

IT IS SO ORDERED.

Dated:   **December 2, 2009**                          /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE