Lawrence D. Murray (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA 94123
Tel: (415) 673-0555 Fax: (415) 928-4084

Dean Gordon (SBN 61311)
LAW OFFICES OF DEAN GORDON
1220 East Olive Avenue
Fresno, CA 93728
Tel: (559) 221-7777 Fax: (559) 221-5812
ATTORNEYS FOR PLAINTIFF
LAMONTE TUMBLING

DALEY & HEFT, ATTORNEYS AT LAW
Neal S. Meyers, Esq.(SBN 109625)
Matthew T. Racine, Esq. (SBN 256865)
462 Stevens Avenue, Suite 201
Solana Beach, CA 92075
Tel: (858) 755-5666
Fax: (858) 755-7870

ATTORNEYS FOR DEFENDANT,
MERCED IRRIGATION DISTRICT

# UNITED STATES DISTRICT COURT

## Eastern District of California

### Fresno Division

| | |
|---|---|
| LaMonte Tumbling,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>Merced Irrigation District, a public entity,<br><br>　　　　　Defendant. | No. 1:08-CV-01801 LJO DLB<br><br>**JOINT STIPULATION FOR EXTENSION OF LITIGATION DEADLINES AND SCHEDULING ORDER** |

///

///

LaMonte Tumbling ("Plaintiff") and Merced Irrigation District ("Defendant"), by and through their respective attorneys of record, hereby stipulate to and request the Court enter a scheduling order revising the amended scheduling order entered by this court on December 4, 2009. (See Joint Stipulation and Order attached as Exhibit A).

The revisions to the scheduling order are as follows:

(a) Extend the completion date for the taking of the non-expert deposition of Trudy Largent by 60 days from February 15, 2010, to April 15, 2010.

(b) Extend the completion date for the taking of the non-expert depositions of Cindy LaCava and Jem Brown by 30 days from February 15, 2010, to March 17, 2010.

Good cause exists to extend the deposition discovery deadline for Trudy Largent by 60 days in light of:

(a) The difficulty Plaintiff is having in obtaining the report conducted and submitted by Mrs. Largent regarding the complaints of harassment against Mr. Tumbling by Ms. Cindy LaCava and Ms. Linda Davidson.

(b) MID is in possession of this report, yet it has not been produced to Plaintiff. Plaintiff is therefore prevented from preparing and conducting an informed and effective deposition of Trudy Largent until such time the report is produced.

Good cause exists to extend the deposition discovery deadline for Cindy LaCava and Jem Brown by 30 days in light of:

(a) The fact that Jem Brown lives in Wisconsin and, although the parties have started his deposition, his schedule has made it difficult to find sufficient time to complete his deposition. The parties do not believe the schedule of Mr. Brown and counsel for the parties will make it possible to complete his deposition before February 15, 2010.

(b) The parties have begun the deposition of Cindy LaCava, but recent scheduling conflicts with other deponents have necessitated rescheduling Ms. LaCava's deposition. Counsel for the parties do not believe it will be possible to reschedule Ms. LaCava's deposition prior to February 15, 2010.

For these reasons, the parties respectfully request the Court modify the Pre Trial Scheduling Order so that it conforms to the foregoing new discovery cut-off dates for the deposition of Trudy Largen, Cindy LaCava, and Jem Brown.

Date: __February 10, 2010__

MURRAY & ASSOCIATES                    DALEY & HEFT

/s/ Lawrence D. Murray                 /s/_____.
Lawrence D. Murray                     Neal S. Meyers
Attorney for Plaintiff                 Attorney for Defendant

### ORDER ON STIPULATION FOR ORDER

HAVING READ AND CONSIDERED THE FOREGOING, and good cause appearing:

The foregoing is the order of the court.

IT IS SO ORDERED.

Dated: **February 11, 2010**              /s/ *Dennis L. Beck*
                                       UNITED STATES MAGISTRATE JUDGE