Lawrence D. Murray (SBN 77536)
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA  94123
Tel:    (415) 673-0555  Fax:  (415) 928-4084

Dean Gordon (SBN 61311)
LAW OFFICES OF DEAN GORDON
1220 East Olive Avenue
Fresno, CA  93728
Tel:    (559) 221-7777 Fax:   (559) 221-5812
ATTORNEYS FOR PLAINTIFF
LAMONTE TUMBLING

DALEY & HEFT, ATTORNEYS AT LAW
Neal S. Meyers, Esq.(SBN 109625)
Matthew T. Racine, Esq. (SBN 256865)
462 Stevens Avenue, Suite 201
Solana Beach, CA  92075
Tel:  (858) 755-5666
Fax:  (858) 755-7870

ATTORNEYS FOR DEFENDANT,
MERCED IRRIGATION DISTRICT

# UNITED STATES DISTRICT COURT

## Eastern District of California

### Fresno Division

| | |
|---|---|
| LaMonte Tumbling, | No.  1:08-CV-01801 LJO DLB |
| Plaintiff, | **JOINT STIPULATION FOR EXTENSION OF LITIGATION DEADLINES AND SCHEDULING ORDER** |
| vs. | |
| Merced Irrigation District, a public entity, | |
| Defendant. | |

///

///

LaMonte Tumbling ("Plaintiff") and Merced Irrigation District ("Defendant"), by and through their respective attorneys of record, hereby stipulate to and request the Court enter a scheduling order revising the amended scheduling order entered by this court on February 12, 2010. (See Joint Stipulation and Order attached as Exhibit A).

The revisions to the scheduling order are as follows:

(a) Extend the completion date for the taking of the non-expert deposition of Trudy Largent by 30 days from April 15, 2010, to May, 14, 2010.

Good cause exists to extend the deposition discovery deadline for Trudy Largent by 30 days in light of:

(a) Ms. Trudy Largent is not available for deposition on the date noticed by Plaintiffs on April 5, 2010 and will not be available until after the completion date of April 15, 2010.

For these reasons, the parties respectfully request the Court modify the Pre Trial Scheduling Order so that it conforms to the foregoing new discovery cut-off date for the deposition of Trudy Largent.

Date:   __March 30, 2010

MURRAY & ASSOCIATES                          DALEY & HEFT

/s/ Lawrence D. Murray                          /s/  Matthew T. Racine
Lawrence D. Murray                              Matthew T. Racine
Attorney for Plaintiff                          Attorney for Defendant

\\\

\\\

\\\

## ORDER ON STIPULATION FOR ORDER

HAVING READ AND CONSIDERED THE FOREGOING, and good cause appearing:

The foregoing is the order of the court.

IT IS SO ORDERED.

Dated:   **April 13, 2010**            _____ /s/ *Dennis L. Beck*

UNITED STATES MAGISTRATE JUDGE