1  Daley & Heft, LLP
   Attorneys at Law
2  Neal S. Meyers, Esq. (SBN 109625)
   Matthew T. Racine, Esq. (SBN 256865)
3  462 Stevens Avenue, Suite 201
   Solana Beach, CA  92075
4  Telephone:  (858) 755-5666
   Facsimile:  (858) 755-7870
5
   Attorneys for Defendant,
6  MERCED IRRIGATION DISTRICT

7  Lawrence D. Murray (SBN 77536)
   MURRAY & ASSOCIATES
8  1781 Union Street
   San Francisco, CA  94123
9  Tel:    (415) 673-0555
   Fax:    (415) 928-4084
10
   Dean Gordon (SBN 61311)
11 LAW OFFICES OF DEAN GORDON
   1220 East Olive Avenue
12 Fresno, CA  93728
   Tel:    (559) 221-7777
13 Fax:    (559) 221-5812

14 ATTORNEYS FOR PLAINTIFF
   LAMONTE TUMBLING
15

16              UNITED STATES DISTRICT COURT

17          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

18 | LAMONTE TUMBLING,                  ) Case No. 1:08-CV-01801-LJO-DLB
   |                                    )
19 |             Plaintiff,             ) **JOINT STIPULATION FOR**
   |                                    ) **EXTENSION OF EXPERT DISCOVERY**
20 | v.                                 ) **DEADLINE RE PLAINTIFF'S**
   |                                    ) **TREATING PHYSICIANS**
21 | MERCED IRRIGATION DISTRICT, a      )
   | public entity                      ) **JUDGE:** Lawrence J. O'Neill
22 |                                    )
   |             Defendant.             ) **COURTROOM:** 9
23 |                                    ) **MAGISTRATE:** Dennis L. Beck

24       Merced Irrigation District ("Defendant") and LaMonte Tumbling ("Plaintiff"), by and

25 through their respective attorneys of record, hereby stipulate to and request the Court enter a

26 scheduling order revising the amended scheduling order entered by this court on December 4,

27 2009. (Document 48).

28 ///

                                            1

1  The parties stipulate to extending the deadline for expert discovery to permit Defendant
2  to depose the treating physicians identified by Plaintiff in his expert disclosures. (See Exhibit A.)
3  The current deadline for expert discovery is May 14, 2010.  In light of the fact that Defendant
4  moved to strike Plaintiff's designation of his treating physicians and that motion was not resolved
5  by the Court until its order of May 7, 2010 (Document 91), the parties agree that Defendant needs
6  additional time to schedule and take the depositions of Plaintiff's three treating physicians.

7  Therefore, the parties stipulate to extending the expert discovery deadline by thirty days
8  for the sole purpose of conducting discovery involving plaintiff's designated treating physicians
9  from the current deadline of May 14, 2010, to June 14, 2010.  Although defendant hopes to
10 complete the depositions of these physicians prior to May 31, 2010, given the past struggles of the
11 parties to find dates on which counsel for both parties are available for deposition, the parties
12 believe that an extension of thirty days is more likely to allow successful scheduling of these
13 depositions.

                                                       Respectfully Submitted,

Dated: May 11, 2010                         Daley & Heft, LLP

                                         By: */s/ Neal S. Meyers, Esq.*
                                             Neal S. Meyers
                                             Matthew T. Racine
                                             Attorneys for Defendant,
                                             Merced Irrigation District


Dated: May 11, 2010                         Murray & Associates

                                         By: */s/ Lawrence D. Murray, Esq.*
                                             Lawrence D. Murray
                                             Attorneys for Plaintiff,
                                             LaMonte Tumbling

2

*Tumbling v. Merced Irrigation District*                              **USDC, East Dist Cal**
**JOINT STIPULATION FOR EXTENSION OF EXPERT DISCOVERY DEADLINE**
**RE PLAINTIFF'S TREATING PHYSICIANS; ORDER**                      Page 2

1 **ORDER ON STIPULATION FOR ORDER**

2     HAVING READ AND CONSIDERED THE FOREGOING, and good cause appearing:

3 The foregoing is the order of the court.

4     IT IS SO ORDERED.

5     Dated:   **May 12, 2010**                  /s/ **Dennis L. Beck**

6                                       UNITED STATES MAGISTRATE JUDGE

3

*Tumbling v. Merced Irrigation District*     **USDC, East Dist Cal**
**JOINT STIPULATION FOR EXTENSION OF EXPERT DISCOVERY DEADLINE**
**RE PLAINTIFF'S TREATING PHYSICIANS; ORDER**     **Page 3**