Daley & Heft, LLP
Attorneys at Law
Neal S. Meyers, Esq. (SBN 109625)
Matthew T. Racine, Esq. (SBN 256865)
462 Stevens Avenue, Suite 201
Solana Beach, CA  92075
Telephone:  (858) 755-5666
Facsimile:  (858) 755-7870
E-mail: nmeyers@daley-heft.com
        mracine@daley-heft.com

Attorneys for Defendant,
Merced Irrigation District

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LAMONTE TUMBLING, ) | Case No. 1:08-CV-01801-LJO-DLB |
| ) | |
| Plaintiff, ) | **EX PARTE APPLICATION AND ORDER** |
| ) | **GRANTING LEAVE TO FILE** |
| v. ) | **ENLARGED MEMORANDUM OF** |
| ) | **POINTS AND AUTHORITIES** |
| MERCED IRRIGATION DISTRICT, a ) | |
| public entity ) | |
| ) | **JUDGE:** Lawrence J. O'Neill |
| Defendant. ) | **COURTROOM:** 9 |
| ) | **MAGISTRATE:** Dennis L. Beck |

Defendant Merced Irrigation District hereby applies to the Court ex parte for an Order to file an enlarged memorandum of points and authorities in support of Defendant's motion for summary judgment. Defendant requests leave to file a memorandum of points and authorities not to exceed 35 pages.

The undersigned has advised counsel for Plaintiff that such an ex parte request will be made to this Court.   (Declaration of Matthew Racine ("Racine Dec.," ¶ 3.)  Because counsel for Plaintiff was unavailable to speak with the undersigned, this advisory was made in the form of a voicemail message.   (Racine Dec., ¶ 4-5.) Thus, the undersigned is unaware if plaintiff's counsel intends to oppose this motion.  (Racine Dec., ¶ 6.)

This request is timely because it is made more than seven days prior to the July 23, 2010, deadline for filing dispositive motions.  (Document 6-1, ¶ 3; Document 48, page 3.)

///

1  Good cause exists for the Court to grant the ex parte motion because Defendant intends to move for summary judgment on all seven of Plaintiff's claims for relief, and page limit of 25 pages listed in Document 6-1 is insufficient to brief fully the factual background of this case and perform a sufficient legal analysis.  (Racine Dec., ¶ 7-13.)  Plaintiff's claims involve federal and state law claims race and gender discrimination, retaliation for protected activities, whistle blower retaliation as well as a claim under 42 U.S.C. § 1981.   (Document 1.)  The factual background of this case is complex, requiring significant discussion in the body of the memorandum of points and authorities.   (Racine Dec., ¶ 11-13.)

In light of the foregoing, defendant respectfully requests that the Court enlarge by 10 pages the page limit for defendant's memorandum of points and authorities in support of defendant's motion for summary judgment to a total of 35 pages.

Dated: September 15, 2009                               Daley & Heft, LLP

                                                        By: */s/Matthew T. Racine, Esq.*
                                                            Neal S. Meyers
                                                            Matthew T. Racine
                                                            Attorneys for Defendant,
                                                            Merced Irrigation District

## **ORDER**

Having considered Defendant's ex parte application for leave to file an enlarged memorandum of points and authorities in support of Defendant's motion for summary judgment, and finding good cause therefor,

**IT IS HEREBY ORDERED** that Defendant may file a memorandum of points and authorities *not to exceed 35 pages* in support of Defendant's motion for summary judgment.

Dated: _July 16, 2010___                                /s/_Lawrence J. O'Neill___
                                                        Lawrence J. O'Neill
                                                        United States District Judge