| | |
|---|---|
| 1 | Daley & Heft, LLP |
| | Attorneys at Law |
| 2 | Neal S. Meyers, Esq. (SBN 109625) |
| | Golnar J. Fozi, Esq. (SBN 167674) |
| 3 | Matthew T. Racine, Esq. (SBN 256865) |
| | 462 Stevens Avenue, Suite 201 |
| 4 | Solana Beach, CA 92075 |
| | Telephone: (858) 755-5666 |
| 5 | Facsimile: (858) 755-7870 |
| 6 | Attorneys for Defendant, |
| | MERCED IRRIGATION DISTRICT |
| 7 | |
| | Lawrence D. Murray (SBN 77536) |
| 8 | MURRAY & ASSOCIATES |
| | 1781 Union Street |
| 9 | San Francisco, CA 94123 |
| | Tel:   (415) 673-0555 |
| 10 | Fax:   (415) 928-4084 |
| 11 | Dean Gordon (SBN 61311) |
| | LAW OFFICES OF DEAN GORDON |
| 12 | 1220 East Olive Avenue |
| | Fresno, CA 93728 |
| 13 | Tel:   (559) 221-7777 |
| | Fax:   (559) 221-5812 |
| 14 | |
| | Attorneys for Plaintiff, |
| 15 | LAMONTE TUMBLING |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| LAMONTE TUMBLING, | Case No. 1:08-CV-01801-LJO-DLB |
| Plaintiff, | **STIPULATION RESOLVING DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF BARRY BENNET (Doc. 126)** |
| v. | |
| MERCED IRRIGATION DISTRICT, a public entity | **JUDGE:** Lawrence J. O'Neill |
| | **COURTROOM:** 9 |
| Defendant. | **MAGISTRATE:** Dennis L. Beck |

Merced Irrigation District ("Defendant") and LaMonte Tumbling ("Plaintiff"), by and through their respective attorneys of record, hereby stipulate to and request the Court enter an order resolving Defendant's Motion for Sanctions to Exclude Testimony of Barry Bennett from Trial (Doc. 126).

///

1

*Tumbling v. Merced Irrigation District*                    USDC, East Dist Cal
**STIPULATION RESOLVING DEFENDANT'S MOTION TO EXCLUDE**
**TESTIMONY OF BARRY BENNET (Doc. 126)**                    Page 1

After conferring, the parties agree that if plaintiff calls Barry Bennett as a witness at trial it will only be for impeachment purposes.  Plaintiff did not list Barry Bennett as a witness in his initial disclosures until October 19, 2010.  However, a party need not disclose a witness if that witness will be used "solely for impeachment." Fed. R. Civ. P. 26(a)(1)(A)(i).

Therefore, the parties move the court for an order as follows:

1. Plaintiff may call Barry Bennett as a witness at trial only for the purpose of impeachment.

2. In light of the parties' stipulation, defendant's Motion for Sanctions to Exclude Testimony of Barry Bennett from Trial (Doc. 126) is denied without prejudice as moot.

Dated: November 10, 2010            Daley & Heft, LLP

By: /s/ Neal S. Meyers
NEAL S. MEYERS
GOLNAR J. FOZI
MATTHEW T. RACINE
Attorneys for Defendant,
MERCED IRRIGATION DISTRICT


Dated:  November 10, 2010            MURRAY & ASSOCIATES

By:  /s/ Lawrence D. Murray
LAWRENCE D. MURRAY
Attorney for Plaintiff,
LAMONTE TUMBLING

**ORDER ON STIPULATION FOR ORDER**

HAVING READ AND CONSIDERED THE FOREGOING, and good cause appearing: The foregoing is the order of the court.

IT IS SO ORDERED.

Dated:   **November 18, 2010**            /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

2

*Tumbling v. Merced Irrigation District*                                                      USDC, East Dist Cal
STIPULATION RESOLVING DEFENDANT'S MOTION TO EXCLUDE
TESTIMONY OF BARRY BENNET (Doc. 126)                                                           Page 2