UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaMONTE TUMBLING,<br><br>            Plaintiff,<br><br>    vs.<br><br>MERCED IRRIGATION DISTRICT,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 08-1801 LJO DLB<br><br>**ORDER AFTER SETTLEMENT** |

The parties have informed the Court that settlement has been reached in this case.  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than December 17, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

            IT IS SO ORDERED.

**Dated:    November 17, 2010**                    /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

1