| | |
|---|---|
| 1 | Daley & Heft, LLP |
|   | Attorneys at Law |
| 2 | Neal S. Meyers, Esq. (SBN 109625) |
|   | Matthew T. Racine, Esq. (SBN 256865) |
| 3 | 462 Stevens Avenue, Suite 201 |
|   | Solana Beach, CA  92075 |
| 4 | Telephone:  (858) 755-5666 |
|   | Facsimile:  (858) 755-7870 |
| 5 | |
|   | Attorneys for Defendant, |
| 6 | MERCED IRRIGATION DISTRICT |
| 7 | Lawrence D. Murray (SBN 77536) |
|   | MURRAY & ASSOCIATES |
| 8 | 1781 Union Street |
|   | San Francisco, CA  94123 |
| 9 | Tel:  (415) 673-0555 |
|   | Fax:  (415) 928-4084 |
| 10 | |
|    | Dean Gordon (SBN 61311) |
| 11 | LAW OFFICES OF DEAN GORDON |
|    | 1220 East Olive Avenue |
| 12 | Fresno, CA  93728 |
|    | Tel:  (559) 221-7777 |
| 13 | Fax:  (559) 221-5812 |
| 14 | Attorneys for Plaintiff, |
|    | LAMONTE TUMBLING |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LAMONTE TUMBLING, | Case No. 1:08-CV-01801-LJO-DLB |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO DISMISS** |
| v. | **JUDGE:** Lawrence J. O'Neill |
| MERCED IRRIGATION DISTRICT, a public entity | **COURTROOM:** 4 |
| Defendant. | |

Plaintiff LaMonte Tumbling and Defendant Merced Irrigation District, through undersigned counsel, move the Court for an order dismissing the above-captioned matter.

The parties have reached an amicable resolution to the above-captioned matter, with the result that plaintiff has agreed to dismiss all claims filed herein against defendant, and to have the matter dismissed, with prejudice, with each party to bear its own costs and fees.

**1**

WHEREFORE, plaintiff and defendant move the Court to grant their Joint Motion to Dismiss, by dismissing plaintiff's claims with prejudice and ordering that each party bear its own costs and fees.

Dated: December 9, 2010                    Daley & Heft, LLP

By: /s/ Neal S. Meyers
NEAL S. MEYERS
MATTHEW T. RACINE
Attorneys for Defendant,
MERCED IRRIGATION DISTRICT

Dated: December 9, 2010                    MURRAY & ASSOCIATES

By: /s/ Lawrence D. Murray
LAWRENCE D. MURRAY
Attorney for Plaintiff,
LAMONTE TUMBLING

Dated: December 9, 2010                    LAW OFFICE OF DEAN B. GORDON

By: /s/ DEAN B. GORDON
DEAN B. GORDON
Attorney for Plaintiff,
LAMONTE TUMBLING

## ORDER ON JOINT MOTION TO DISMISS

The Court, having considered the foregoing Joint Motion to Dismiss, filed on behalf of Plaintiff LaMonte Tumbling and Defendant Merced Irrigation District, ORDERS:

IT IS HEREBY ORDERED that the Joint Motion to Dismiss is granted.

IT IS FURTHER ORDERED that all of plaintiff's claims filed against defendant in the above-captioned action are dismissed, with prejudice, with each party to bear its own costs and fees. The Clerk of Court is directed to close this action in its entirety.

IT IS SO ORDERED.

Dated: __December 9, 2010_____           _/s/ Lawrence J. O'Neill_____
                                         UNITED STATES DISTRICT JUDGE